UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **BRIANNA RANDLE** *and* § <br> **SYWAYNE BURGESS,** § <br>  § <br> *Plaintiffs*, § <br>  § <br> v. § <br>  § <br> **THE PNC FINANCIAL SERVICES** § <br> **GROUP,** *et al.*, § <br>  § <br>  § <br> *Defendants*. § | Civil Action No. 4:23-cv-00263-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On January 24, 2024, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation (ECF No. 55) in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court hereby **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii), Plaintiffs' claims against Defendants Officer Chapel #2511, Officer Gomez #3341, Officer Evans #2911, and the City of Arlington and against Defendant Officer Dixon in his official capacity are hereby **DISMISSED with prejudice** to the refiling of the same.

**SO ORDERED** on this **15th day** of **February, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE