IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRIANNA RANDLE and<br>SYWAYNE BURGESS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00263-O-BP |
| THE PNC FINANCIAL SERVICES<br>GROUP, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion for Summary Judgment filed by Defendant Cindy Avina (ECF No. 72) is **GRANTED**, Plaintiff Sywayne Burgess's claim against her arising under 42 U.S.C. § 1981 is **DISMISSED**, and his cross motion for summary judgment is **DENIED**.

**SO ORDERED** on this **7th day** of **August, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE